Willie **JONES**, Petitioner/Appellant,

v.

**DEPARTMENT OF REVENUE,**
Respondent/Respondent.

No. 60105.

Missouri Court of Appeals,
Eastern District,
Division One.

March 24, 1992.

Steven Lewis, Forriss D. Elliott, St. Louis, for petitioner/appellant.

Sandra Ann Mears, Waylene Wilhoit Hiles, Government Counsel, Dept. of Revenue, Jefferson City, for respondent/respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment denying a petition to review a driver's license revocation for refusal to submit to a breathalyzer test. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).